



EXHIBIT A